HAND *v.* THE BOARD OF COMMISSIONERS OF TIPPECANOE
COUNTY.

RECORDER'S FEES.—ENTRY BOOK.—The recorder is not entitled to any allowance from the county for keeping up the entry book. The entry required by law upon that book is a part of the labor of recording the instrument, and is compensated by the fee allowed for that service.

APPEAL from the *Tippecanoe* Circuit Court.

RAY, J.—The appellant, who was recorder of *Tippecanoe* county, filed a claim against the county with the board of commissioners, "for keeping up the entry book from *March* 2, 1863, to *December* 1, 1865." The claim was not allowed, and, upon appeal to the Circuit Court, a demurrer was sustained to the complaint.

It is insisted that the second section of the act of *May* 31, 1852, providing for the election, and prescribing certain

duties of the recorder, requires the county commissioners to allow this claim. That section requires the recorder, at the expense of the county, to procure sufficient large and well bound books, &c., and provides that "he shall also keep a book in which he shall make an entry, upon the reception of any such instrument, of the date thereof," &c. The keeping of this entry book had already been provided for by the 29th section of the act of *May* 6, 1852, "concerning real property, and the alienation thereof," which also provided that the deed or instrument should be deemed recorded at the time so noted.

It is therefore but reasonable to regard this entry as included in the labor of recording, and as compensated for by the fee elsewhere allowed.

The judgment is affirmed, with costs.

*G. O. Behm* and *A. O. Behm*, for appellant.

*J. M. La Rue*, for appellee.